IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL AGUILERA,<br><br>　　　　　　Defendant. | 8:24-CR-70<br><br>ORDER DISMISSING INDICTMENT |

This matter is before the Court on the United States' Motion to Dismiss. Filing 40. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States "requests leave to dismiss, without prejudice, the Criminal Indictment. . . as it relates to the Defendant, Manuel Aguilera." Filing 40 at 1. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED: The Government's Motion to Dismiss, Filing 40, is granted. The Indictment is dismissed without prejudice as it relates to Defendant Manuel Aguilera.

Dated this 2nd day of August, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1